FILED
CLERK, U.S. DISTRICT COURT
11/03/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL PATRICK WOLF, ADAM MICHAEL ANDERSON, and LAURA LYONS,

Defendants.

CR 2:20-cr-00549-FMO

I N D I C T M E N T

[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[DEFENDANTS WOLF AND ANDERSON]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Chase Bank USA, N.A. ("Chase") was a federally chartered financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. Citibank, N.A. ("Citibank") was a federally chartered financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

B. OBJECT OF THE CONSPIRACY

3. Beginning on a date unknown to the Grand Jury, but not later than in or around December 2017, and continuing until at least in or around January 2018, in Los Angeles and Ventura Counties, within the Central District of California, defendants MICHAEL PATRICK WOLF and ADAM MICHAEL ANDERSON conspired with others known and unknown to the Grand Jury to knowingly, and with intent to defraud, devise, execute, and attempt to execute a scheme to obtain monies, funds, assets, and other property owned by and in the custody and control of Chase and Citibank by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in violation of Title 18, United States Code, Section 1344(2).

C. THE MANNER AND MEANS OF THE CONSPIRACY

4. The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

a. Defendants WOLF and ANDERSON and/or one or more unidentified co-conspirators would knowingly possess stolen and unauthorized credit card numbers.

b. Defendant WOLF would use a stolen and unauthorized credit card number to pay for goods at retail stores.

c. Defendants WOLF and ANDERSON and/or one or more unidentified co-conspirators would use stolen and unauthorized credit card numbers to pay for orders from retail stores.

d. Defendants WOLF and ANDERSON would pick up merchandise from orders made using stolen and unauthorized credit card numbers.

D. OVERT ACTS

5. On or about the following dates, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants WOLF and ANDERSON, together with others known and unknown to the Grand Jury, committed the following overt acts, among others, within the Central District of California:

**FedEx**

Overt Act No. 1: On or about December 9, 2017, defendant WOLF used victim J.C.'s stolen and unauthorized Chase credit card number to purchase approximately $75.50 in goods from a FedEx store in Woodland Hills, California.

**Victim R.R.**

Overt Act No. 2: Beginning on a date unknown to the Grand Jury, but not later than on or about December 4, 2017, and continuing until at least on or about December 13, 2017, defendant ANDERSON or an unidentified co-conspirator knowingly possessed victim R.R.'s stolen and unauthorized Citibank credit card number (the "R.R. Card Number").

Overt Act No. 3: On or about December 9, 2017, using the R.R. Card Number, defendant ANDERSON or an unidentified co-conspirator placed an order for approximately $432.50 in goods from a Kohl's store in Northridge, California.

Overt Act No. 4: On or about December 10, 2017, using the R.R. Card Number, defendant ANDERSON or an unidentified co-conspirator placed an order from a Kohl's store in Moorpark, California, which resulted in a charge in the amount of $169.96.

Overt Act No. 5: On or about December 10, 2017, using the R.R. Card Number, defendant ANDERSON or an unidentified co-conspirator placed an order for approximately $428.99 in goods from a Kohl's store in Moorpark, California.

Overt Act No. 6: On or about December 10, 2017, defendants ANDERSON and WOLF went to the Kohl's store in Moorpark, California, to pick up orders placed in the name of defendant ANDERSON using the R.R. Card Number.

Overt Act No. 7: On or about December 10, 2017, defendant ANDERSON picked up two orders from the Kohl's store in Moorpark, California, placed in the name of defendant ANDERSON using the R.R. Card Number.

**Victim M.H.**

Overt Act No. 8: On or about December 10, 2017, defendant WOLF or an unidentified co-conspirator knowingly possessed victim M.H.'s stolen and unauthorized Chase credit card number (the "M.H. Card Number").

Overt Act No. 9: On or about December 10, 2017, using the M.H. Card Number, defendant WOLF or an unidentified co-conspirator placed an order for approximately $557.66 in goods from a Kohl's store in Moorpark, California.

Overt Act No. 10: On or about December 10, 2017, defendants ANDERSON and WOLF went to the Kohl's store in Moorpark, California, to pick up an order placed in the name of defendant WOLF using the M.H. Card Number.

Overt Act No. 11: On or about December 10, 2017, defendant WOLF attempted to pick up an order at the Kohl's store in Moorpark,

California, placed in the name of defendant WOLF using the M.H. Card Number.

COUNT TWO

[18 U.S.C. § 1029(a)(3)]

[DEFENDANT LYONS]

On or about January 11, 2018, in Los Angeles County, within the Central District of California, defendant LAURA LYONS knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 19 credit and debit card numbers and two social security numbers, all belonging to persons other than defendant LYONS, with said possession affecting interstate and foreign commerce.

COUNT THREE

[18 U.S.C. § 1028A(a)(1)]

[DEFENDANT LYONS]

On or about January 11, 2018, in Los Angeles County, within the Central District of California, defendant LAURA LYONS, knowingly possessed, without lawful authority, a means of identification that defendant LYONS knew belonged to another person, namely, the name of victim T.O., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Three of this Indictment.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General Crimes Section

SKYLER F. CHO
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section